**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. *09-3400-Bandstra*

**CARLOS LOAIZA,**
**CHRISTIAN DIAZ,**
**and JASON CLARO**

_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____ Yes    __X__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    _____ Yes    __X__ No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY:    _____
ANTHONY W. LACOSTA
ASSISTANT UNITED STATES ATTORNEY
Court No.  A5500698
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9280
FAX (305) 536-4676
Email: Anthony.Lacosta@usdoj.gov

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

CARLOS LOAIZA, CHRISTIAN DIAZ,
and JASON CLARO,

## CRIMINAL COMPLAINT

CASE NUMBER: 09-3400 - Bandstra

I, Robert Christie, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about March 20, 2009, in Miami-Dade County, in the Southern District of Florida, the defendants CARLOS LOAIZA, CHRISTIAN DIAZ, AND JASON CLARO did with the intent to cause death or serious bodily harm take a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation, in violation of Title 18, United States Code, Sections 2119 and 2.  On or about March 20, 2009, in Miami-Dade County, in the Southern District of Florida, the defendants CARLOS LOAIZA, CHRISTIAN DIAZ, AND JASON CLARO did knowingly and intentionally possess a firearm in furtherance of a crime of violence, that is, a violation of 21 U.S.C. § 2119; all in violation of Tile 18, United States Code, Sections 924(c)(1)(A) and 2.

I further state that I am a Detective with the Miami Dade Police Department and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

DETECTIVE SHELDON SHAPIRO
MIAMI DADE POLICE DEPARTMENT

Sworn to before me, and subscribed in my presence,

October 9, 2009 _____ at
Date

Miami, Florida
City and State

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

*09-3400-Banditra*

## AFFIDAVIT

1.      Your affiant, Detective Sheldon Shapiro, has been with the Miami Dade Police Department (MDPD) for twenty-seven years.  I have been a detective with the MDPD for twenty-two years and spent the last eighteen years working in the robbery bureau. In the robbery bureau, I am responsible for investigating armed robberies, carjackings, and other robbery related offenses. During the course of my career, I have participated in the investigation of over two thousand robberies.

2.      This affidavit is submitted for the limited purpose of establishing probable cause to arrest CARLOS LOAIZA, CHRISTIAN DIAZ, and JASON CLARO for carjacking and carrying a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Sections 2119, 924(c)(1)(A), and 2. The facts in this affidavit are known to me through my own personal knowledge or have been provided to me by other investigating officers.  Because this affidavit is submitted for the limited purpose of obtaining an arrest warrant, it does not contain all the facts known to me or other law enforcement officers regarding this investigation.

3.      On March 20, 2009, Aarvind Bhagwandass entered the Wachovia Bank located at 13700 S.W. 88 Street, Miami, Florida.  The victim withdrew $6000, returned to his car, and then drove to his apartment complex outside 9601 S.W. 142nd Avenue. When the victim parked his car, he was confronted by a white Hispanic male (subject) who was armed with a chrome semi-automatic pistol. The subject pointed his gun at the victim.  The subject took the victim's car keys. The subject then drove off in possession of the victim's vehicle (2003 Mazda Protégé, Florida Tag 192JQJ). The vehicle was abandoned several blocks away. The $6000 U.S. currency that was contained in the vehicle's glove compartment was missing.

4.      By June 5, 2009, Jason CLARO had been identified as a suspect in this and other related carjackings occurring in the Miami area. In regard to this robbery, after waiving his Miranda rights on June 05, 2009, CLARO gave a taped statement to your affiant in which he admitted participating in the carjacking described above. CLARO stated his accomplices in that carjacking were Christian Diaz and Carlos Loaiza. CLARO stated that DIAZ waited in the bank until he saw a customer withdraw a lot of money (the victim) and then notified CLARO and LOAIZA by telephone. CLARO and LOAIZA were waiting outside the bank. When CLARO, LOAIZA and DIAZ saw the victim leave, they followed the victim in their own vehicle until the victim parked his vehicle. LOAIZA then took the victim's vehicle at gunpoint. CLARO and DIAZ followed LOAIZA to the area where LOAIZA abandoned the vehicle and picked LOAIZA up. CLARO advised that he received fifty dollars for his participation in the robbery.

5.      On June 05, 2009, Christian DIAZ was also interviewed regarding his alleged participation in the armed carjacking. In a post-*Miranda* statement, DIAZ admitted to going to the Wachovia Bank with Jason CLARO and Carlos LOAIZA Christian DIAZ went inside the bank to spot a victim, per plan. DIAZ returned to the vehicle, pointed out the victim, and the three subjects proceeded to follow the victim to the apartment complex. DIAZ observed LOAIZA take the victim's vehicle at gunpoint. DIAZ and CLARO followed LOAIZA to the area where LOAIZA abandoned the vehicle. Diaz stated that he received two hundred dollars for his participation.

6.      On June 10, 2009 this investigator gave the victim the opportunity to view a six person photo lineup. The lineup consisted of five filler photographs and one photograph of Carlos LOAIZA. After viewing the lineup the victim pointed to the photograph of Carlos LOAIZA and advised that this was the person that carjacked him on March 20, 2009.

7. The victim's 2003 Mazda Protoge was manufactured in Japan. Therefore, because the car was recovered in Florida, the car traveled in interstate and/or foreign commerce.

8. Based on the foregoing, your affiant respectfully submits there is probable cause to issue an arrest warrant for CARLOS LOAIZA, CHRISTIAN DIAZ, and JASON CLARO for carjacking and carrying a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Sections 2119, 924(c)(1)(A), and 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

SHELDON SHAPIRO, DETECTIVE
MIAMI DADE POLICE DEPARTMENT

Subscribed and sworn to before me in Miami,
Florida, on October 9, 2009.

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE - SDFL