U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 09-3400-mj-Bandstra

**UNITED STATES OF AMERICA**

Inmate Name: Jason Claro

Inmate #: 090048153

v.

Jason Claro                              /

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1.     A Complaint _____ is pending in this Court against

Jason Claro _____ the above styled case, and it is set for as to the defendant on

October 14, 2009 _____ at USDC 301 North Miami Ave., Miami, FL 33132 _____

2.     The defendant is now confined in the Metro West Detention Center _____ at

13850 NW 41st Street, Miami, FL 33178 _____

3.     It is necessary to have the defendant before this Court for a n Initial Appearance _____ as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Initial Appearance and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

By: _____
Anthony Lacosta
ASSISTANT UNITED STATES ATTORNEY

cc:     U.S. Attorney (AUSA Anthony Lacosta _____ )