U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 09-3400-mj-Bandstra

**UNITED STATES OF AMERICA**

Inmate Name: Jason Claro

**v.**

Inmate #: 090048153

Jason Claro                              /

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:     ANY UNITED STATES MARSHAL, and

WARDEN, Metro West Detention Center

It appearing from the petition of the United States of America that the defendant in the above case,

Jason Claro                              is confined in the Metro West Detention Center                     at

13850 NW 41st Street, Miami, FL 33178                     and that this case is set for an initial appearance

as to the defendant at USDC 301 North Miami Ave., Miami, FL 33132

_____, and that it is  necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of

Jason Claro                              now in custody as aforesaid, under safe and secure conduct, before this

Court at USDC 301 North Miami Ave., Miami, FL 33132

by or before, 1:30  P M., on October 14, 2009     for a n Initial Appearance                on the criminal charges

pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all

convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Metro West Detention Center                     at

13850 NW 41st Street, Miami, FL 33178                     to deliver into the custody of any United States

Marshal, upon production  to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this

district for this purpose.

DONE and ORDERED at ____Miami____ Florida, this 9th day of October, 2009

_____
UNITED STATES   DISTRICT   JUDGE

cc:     U.S. Attorney (AUSA Anthony Lacosta                )
        U.S. Marshal (3 certified copies)
        Chief Probation Officer