

# United States District Court
## Southern District of Florida



UNITED STATES OF AMERICA
        Plaintiff

CASE NUMBER: CR: _____ 09-3400-BANDSTRA

VS.

REPORT COMMENCING CRIMINAL
ACTION

Claro, Jason
           Defendant

_____ 82921-004 _____
USMS NUMBER

TO: CLERK'S OFFICE     (MIAMI)     FT. LAUDERDALE     W. PALM BEACH
U.S. DISTRICT COURT        (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.    INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: _____ A.M. _____ P.M. _____

(2) LANGUAGE SPOKEN: ___ English _____

(3) OFFENSE CHARGED: ___ Car Jacking _____

(4) DATE OF BIRTH: ___ 6-4-81 ___

(5) TYPE OF CHARGING DOCUMENT:     (CHECK ONE)
    {✓} INDICTMENT          { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINAL DISTRICT: ___ DCS   P/U _____

(6) REMARKS: _____

(7) DATE: _____ (8) ARRESTING OFFICER: _____

(9) AGENCY: USMS _____ (10) PHONE: ___ 786-433-6680 ___

(11) COMMENTS: _____